FILED
2015 MAY 20 PM 1:42

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
801 NORTH FLORIDA AVENUE
TAMPA, FL 33602

| | | |
|---|---|---|
| Michael Williamson, | ) | Case No. 8:15cv1216T35TGW |
| Complainant, | ) | |
| v. | ) | May 20, 2015 |
| Robert A. McDonald, Secretary Department of Veterans Affairs | ) | |
| Agency. | ) | Judge: |

## JURISDICTION

This action is brought pursuant to Title VII of the Civil Rights Act of 1964 as amended for employment discrimination. Jurisdiction is specifically conferred on this Court by 42 U.S.C. §2000e(5). Equitable and other relief are also sought under 42 U.S.C. §2000e(5)(g). Jurisdiction is also based on 28 U.S.C. §§ 1331, 1343 and 42 U.S.C. §§ 1981 et seq. Jurisdiction is also based on the Whistleblower Protection Act of 1989 of 29 U.S.C. § 660 and the Occupational Safety & Health Act § 11(c). Employment Discrimination based on the Age Discrimination in Employment Act of 1967 (ADEA), as amended is alleged and the Jurisdiction is also conferred by 29 U.S.C §§ 626(c)(1) and appropriate relief is also sought.

I.F.8

**The address at which I was last employed by the defendant(s) is:**

**100 Carillon Parkway**
**Suite 100**
**Saint Petersburg, FL 33716**

**The discriminatory acts have been occurring slowly since the beginning of 2010, but have escalated more on February 16, 2011.**

**I have filed charges with the office of Resolution on February 16, 2011 and the EEOC thereafter.**

**Location of Incident:**

**Veteran Integrated Service Network (VISN 8)**
**10000 Bay Pines Boulevard**
**Building #24**
**Saint Petersburg, FL 33744.**

**Location of place of Employment:**

**A. Network Office (VISN 8):**

**VA Sunshine Healthcare Network**
**4300 Duhme Road**
**Madeira Beach, FL 33078**

**Interns assigned to this office:**

**Name Race Approximate Age**
1. Evans Rhoades Caucasian 20's
2. Shelly Flanagin Caucasian 20's
3. Mark Mayleben Caucasian 20's

**B. <u>Second off-site office location where Interns are assigned:</u>**

**100 Carillon Parkway**
**Suite 100**
**Saint Petersburg, FL 33716**

**Interns assigned to this office:**
**Name Race Approximate Age**
**1. Carol Thompson Caucasian Late 40's/50's**
**2. Sarah Anderson Caucasian Late 20's/Early 30's**
**3. Cynthia Dixon African American Early 50's**
**4. Cynthia Pace African American Early 40's**
**5. Jason Labonte Caucasian Early 30's**
**6. Mark Rosas Hispanic 20's**
**7. Marcus Johnson African American Late 20's/Early 30's**
**8. Michael C. Williamson African American 44**

**Some HR Interns are on compressed work schedule.**

***My work schedule is: 07:30 A.M. – 16:00 P.M.**

***Carol Thompson has more than 20 years working with the VA.**
***Michael C. Williamson working with the VA since November 2, 2009.**
***All other Interns are new to the VA.**

**<u>Date of occurrences:</u>**

**1. February 3, 2011**
**2. February 4, 2011**
**3. February 7, 2011**
**4. February 15, 2011**
**5. February 16, 2011**
**6. February 18, 2011**
**7. February 25, 2011**
**8. February 28, 2011**

I have discussed my career goals with my supervisor, Mr. Malcolm Porter and my preceptor, Mr. Ricky Rowe when I first arrived at my station in May, 2010. When the Network Deputy Director, Mrs. Joleen Clark visited the Human Resources (HR) Interns at the Carillon office, I had informed her and my supervisor that I would like to meet with them both. My supervisor, Mr. Malcolm Porter is schedule for retirement on April 1, 2011.

On January 21, 2011, I had training at the Duhme Road office, second floor conference room with the facilitator; Ms. Victoria B. Clark. After the two hours training, a meeting was scheduled for all Interns and preceptors for a debrief of the Interns presentation held in Gainesville, Florida on January 11-14, 2011. Present at that meeting were all the Interns, except for Miss Cynthia Dixon who had an appointment. Miss Judy A. Smith and Mrs. Annie Anderson were also physically present and Miss Emily Harden on a conference call. Ms. Victoria B. Clark stated, "I bid for a request with Mr. Weaver for one of the Intern to be my assistant."

When we were getting dismissed from the briefing, I overheard Miss Smith talking to Jason Labonte when all the Interns were still present in the room. Miss Smith stated, "Jason, it's okay, you can still get over there to HRIS to do your rotation." Jason responded, "But the conversion is a couple of weeks away on March 1st, what's going to happen when I'm away?" Miss Smith then said, "you'll be fine, don't worry." I then walked out of the room back to Carillon (my physical job site).

I arrived at work on February 3, 2011 and I listen to my voice mail messages and realized that I have missed a very important call from my supervisor who had left a message at 16:15 P.M. the message left by my supervisor who wanted to know if I was available for an appointment in the afternoon of February 3, 2011 to meet with both him and Mrs. Clark. I called my supervisor, Malcolm Porter at (727) 319-1320 to accept the appointment for 13:00 P.M. I was very excited, feeling relax, humble, confident and was readily available for what questions might be ask of me, but only to realized the disappointment of false accusations and pre-screened out for all future HR Vacancies employment within VISN 8 and other facilities.

During the meeting Mrs. Clark stated, "There are concerns about your whereabouts at times. Malcolm can better explain." I then inform both parties that that I have always inform someone when I am leaving my work area and can account for all my absences from my desk. Whenever I am not at my desk, I am either at the bathroom or taking my 20-30 minutes lunch break or an authorized absence approved by my supervisor and one incident being admitted in the VA Medical Center.

**Mrs. Joleen Clark had also mentioned that she's concerned about my "Interaction." This was another false accusation brought up by Mrs. Clark. I never had any issues, any conflict, and any confrontation with patients, any staffs or co-workers. I explained to Mrs. Clark that I do not get involved in gossips and talk bad things about other people. In the past when the interns at training and they are going out drinking, I've informed them that I was available should they need a designated driver. Mrs. Clark then said, "That's not what I'm talking about, your interaction." I said, "None of the interns or anyone can say that I had any interaction issues." Mrs. Clark then said, "This is not coming from the Interns." That was the end of the conversation.**

**I went back to Carillon and sent my supervisor and my preceptor an email addressing the meeting and how I felt regarding the false accusations and that it was a blacklist, set-up, and screen-out for not wanting me to be a HR or with the VA. My supervisor called me on the telephone and verbalized that I took it too personal and that was not the motive. I've also expressed my concerns of retaliation of what I had reported on West Palm Beach VA Medical Center of Physician slapping patients (patient abuse), staff abuse, the use of dirty scopes with bodily tissue present in the ERCP scope elevator, infection control violation, and endangerment to staff health with the lack of proper monitoring of Formaldehyde, fraud waste and abuse.**

**On February 4, 2011 a meeting was scheduled at:**

**10000 Bay Pines Boulevard**
**Building #24**
**1st Floor Conference Room**
**Saint Petersburg, FL 33744.**

**All HR Interns were present and members of management; Network Deputy Director, Mrs. Joleen Clark; Supervisor, Malcolm Porter; HR Training Coordinator, Miss Judy A. Smith. Mrs. Clark addressed us briefly and stating that she call this meeting to discuss a few things regarding available positions. Mrs. Clark stated, "We placed Evans in secrecy as Mr. Williams Assistant because he wanted someone with a Medical Administration College Degree, which he has. We didn't want to tell you guys."**

**There were two other African American candidates with extensive background knowledge in the Medical field, including supervisory experiences. One male, myself and another female candidate; Cynthia Pace who also has a Masters in Healthcare Management. Two other African American and one Caucasian Interns who held Masters in Public Health that were not considered or given the equal opportunity to compete for the position that was**

**filled in secrecy by management.**

**On the same day after Mrs. Clark made the statement about the secret placement, she went on the say that the following positions listed below will be available:**

**Positions for VISN 8**
**1. Human Resources Information Systems (HRIS)**
**2. Training and Development**
**3. Worker's Compensation**
**4. Classification**

**Position located at James A. Haley VA Medical Center in Tampa, Florida**
**1. Staffing**

**Position located at Bay Pines VA Medical Center in St. Petersburg, Florida**
**1. Employee Relations/Labor Relations (ER/LR)**

**On February 7, 2011 at 09:04 A.M., I have submitted one attachment with five resumes to Miss Judy A. Smith for the available vacancies. The four vacancies within VISN 8 and one in Tampa, FL. The vacancy for ER/LR at Bay Pines was no longer open. The interview process for all the vacancies started on Thursday, February 10, 2011 and ended on February 11, 2011 with Mrs. Joleen Clark who ordered the preceptors to have the recommendations in her office before close of business on February 11, 2011. All eight HR Interns who had applied for the "Staffing" vacancy at James A. Haley located in Tampa, Florida were interviewed. I've also applied and never got interviewed for the same position in Tampa, Florida.**

**On February 14, 2011, emails were sent out to all the Interns informing them that there will be a meeting on February 15, 2011 at 13:00 P.M. with the Network Deputy Director; Mrs. Joleen Clark to discuss who got accepted for a position.**

**On Friday morning, February 15, 2011, approximately 07:19 A.M. when I pulled into the parking lot, I saw my supervisor; Mr. Malcolm Porter sat in his pick-up truck facing the road. I proceeded to park my vehicle. Approximately 07:55 A.M., Mr. Porter came into the building, suite #100 to speak to each Intern advising each one of us who had the job and who didn't get selected. Mr. Porter used Kurt office for his meeting with each Intern. When I was called into the office, Mr. Porter informed me that I was not accepted for any of the position, I said, "how could that be? Who is more qualified than Cynthia, Cynthia and I?" "Why didn't I get an interview for the staffing position in Tampa?" Mr. Porter threw himself back in the chair with a surprised and a shocking look on his face. Mr. Porter stated, "I**

**didn't know that, why didn't you say something?" I said, "I cannot tell management how to do their job, I would do it differently if I was in management to do a follow up and making sure all those who applied for a job resumes got turned in and interviewed." Mr. Porter then went on to say that he will be calling Tampa later. I then asked, "there were three questions asked, how is the determination made or how do you assign a score for each interviewee?" Mr. Porter then said, "We assigned a number according to our perception of the candidate." I left the office in disbelief.**

**On February 15, 2011, I arrived on Bay Pines at 12:40 P.M., building #24, 3rd floor conference room for our meeting. All HR Interns were present with the exception of Evans Rhoades who already had a position in secret placement. Mrs. Clark came into the conference room and gave a short briefing, then left with Mr. Porter and Miss Judy A. smith to her office. Each intern were called in separately into her office, which started at 13:37 P.M. I was the eight person to be called into Mrs. Clark office at 14:26 P.M. I sat with all three management officials during the debrief and asked why I wasn't selected for the "Staffing" interview position. Miss Smith denied that she never received my resumes for the Staffing position located in Tampa. When I pulled out the email and show management, Miss Smith verbally admitted that she did not submit my resume for the "Staffing" position at James A. Haley VA Medical Center in Tampa, Florida. Mrs. Clark then stated, "Tampa have not make a decision and after Malcolm informed me what happen, I am going to call Tampa and tell them that one more Intern needs to be interviewed."**

**It has been six hours since I had informed my supervisor that I never got interviewed for the "Staffing" position in Tampa and a telephone call to rectify the problem did not get corrected. I believed that the selection have already been made and they have no sense of urgency for inclusion of fair and equal opportunity for employment.**

**Interns who were accepted for the five vacancies**
**POSITIONS INTERNS SELECTEE**
**1. HRIS Jason Labonte**
**2. OWCP Carol Thompson (20+ years with VA)**
**3. Training and Development Mark Mayleben**
**4. Classification Marcus Johnson**
**5. ER/LR Mark Rosas**

**I have arrived at home at 16:47 P.M. my spouse asked if all went well, I informed her what took place and she broke down into tears. She did not have dinner and we both did not sleep and stop un-packing our boxes because we just bought a home.**

**On February 16, 2011, I got dressed and arrived at work 06:18 A.M. to type a letter of complaint to file with the Office of Resolution Management. Later on I received an email**

**from my supervisor stating the following: "Michael: Your resume and name was referred to Tampa HR yesterday after our meeting for their vacancy in staffing. You will be contacted today to set up an appointment tomorrow for the interview." I never got a call from Tampa on February 16, 2011.**

**On February 17, 2011, I got a telephone call from Human Resources office at James A. Haley located in Tampa, Florida regarding an interview for the "Staffing" position. I was told that the interview was to be conducted on February 18, 2011 at 08:30 A.M. with two "Staffing" supervisors; Mrs. Sylvia Wright and Mrs. Pamela Johnson. My interview lasted for 42 minutes. A few minutes later, Miss Cynthia Dixon verbalized that she never applied for the "Staffing" position in the earlier stage, but she did later and that she was schedule to be interviewed at 09:30 A.M. after my interview.**

**On February 18, 2011, I received a telephone call from my supervisor stating the following: "Mike you didn't get selected for the staffing position in Tampa, but if we can't find you a job by March 31st we are going to give you a termination letter." I said, "OK." I then sent an email to my supervisor asking him to please clarify what he had stated on the telephone and under what grounds are they going to terminate my employment, but he had not responded to my email.**

**The selectee for the sixth position:**
**1. Sarah Anderson**

***Shelly Flanagin accepted a Human Resource vacancy at another facility on the East Coast of Florida.**

**Miss Carol Thompson is in a total different employment category (Permanent) from all the other ten Interns because of her length of employment with the VA.**

***The only two African American women who management also did not give a HR position and have them accept "Contracting" or be terminated.**

**Management now has three African Americans over 40 years old with no HR jobs. They gave us one alternative; you take "Contracting" under duress or you will be terminated. The other two African American ladies took the contracting positions more than 150 miles away one way commute. I was offered to get the job of "Contracting" with a condition. I refused the conditions. The decisions by management (Mrs. Joleen Clark) to fill vacancies were not based on experience or performance, but instead; age and race. The people who are the most qualified were the three African Americans, including myself. Some of the Interns have just completed their Master's degree in 2010 and never held a job, the VA was their first place of employment. Based on my contract that I've signed transferring into the HR**

**Internship; if I had failed the program due to performance or conduct issues, I will revert back to my previous job not lower than a GS-09 grade that I held.**

**On February 25, 2011, I had a Mediation which was thought over the weekend after discussing with my spouse, Church Elders, Pastor, a Counselor, relatives, and an attorney who advised me further not to waive my rights. I did not signed the Mediation agreement, so therefore on Monday, February 28, 2011, my supervisor called via telephone with an angry, loud tone of voice and stated, "Did you sign the mediation agreement?" I said, "No, I'm waiting for a 3918 from another facility." He said, "We are not going to wait for you to get a job somewhere else, you either sign the document now or go ahead and start clearing station now, you are terminated effective at 4:00 P.M." I secure my computer and went to the bathroom and when I returned, I was looked out of my computer permanent. I can only make an assumption that my supervisor contacted the IT department on the same building to interrupt my access to the computer. I finished clearing Bay Pines on March 1, 2011 at 16 :00 P.M.**

**I am the only African American who had an accent from a different National Origin. The only African American male who is over age 40 who the Network Deputy Director did not offer a Human Resource job, but instead an offer for Contracting with strings attached for me to waive my Civil Rights.**

**I personally believed that these factors are racially motivated because of my Race and National Origin. Mrs. Clark did pre-selections and pre-meditated accusations. I also suspected retaliation from her due to the West Palm Beach (WPB) VA Medical Center case of a reported incidents (94 pages Depositions given on or about 26 or 28 April, 2010 regarding witnessing physical patient abuse by a physician, staff abuse, infection control violation, endangerment under OSHA violation of nursing staff, bodily tissue in tip of the elevator on the ERCP scope, fraud, waste and abuse ) where the Director just had the opportunity to be communicating with the Network Deputy Director to get rid of me at any available opportunity. During a meeting in Gainesville, Florida on January 12, 2011, the Director from WPB wanted to know who I was and a few hours later, she was in a private conversation with the Network Deputy Director and at times looking over by where I was seated.**

**During my Deposition, the Administration Investigation Board at West Palm Beach VA Medical Center wanted to know who else did I reported the incident to. They have felt threatened by me not tolerating unethical conduct in any VA facility, which is a norm for some in the leadership role. I also believed I was discriminated against because I am over 40 years old, which is a violation of the Age Discrimination in Employment Act of 1967. My rights were violated under Title VII of the Civil rights Act of 1964 based on Race and**

**Nationality/Ethnic Origin. Desperate Treatments were given to younger Interns who were not as qualified as I was nor the other two African American young ladies, which causes a Desperate Impact to people over 40, Wrongful Termination. The other two African American Interns were also are in the same category related to Age Discrimination. Thank you for your prompt attention to this matter.**

**A Notice of "RIGHT TO FILE A CIVIL ACTION" is attached.**

**The discrimination acts that are the basis of this suit are:**

1. **Termination of my employment**
2. **General harassment**
3. **Failure to Promote**

**Defendant's conduct is discriminatory with respect to:**

1. **Discrimination based on National Origin**
2. **Discrimination based on Age**
3. **Wrongful Termination under Whistleblower Protection Act**

## <u>CAUSE OF ACTION</u>

1. **I allege that the defendant has discriminated against me and that the following facts from the basis for my allegations:**

A. **<u>Count 1:</u> Failure to select Plaintiff based on his National Origin**

**(i). Supporting facts:**

**(a). Manager and Deputy Director question accent and place of birth. Director stated in sworn statement that she had met me, heard the accent, but doesn't know if I am an African American.**

**(b). Management deliberately did not assigned Plaintiff to conduct presentation before Hospital and Network Directors throughout most of his training like all the other ten Interns.**

**B. <u>Count 2:</u> Failure to select due to Over 40, Failure to assigned duties and training:**

**(i). Supporting Facts:**

**(a). Six males Intern assigned, five were under the age of 35, to include some under 30. Plaintiff was the only one Over 40 as a male.**

**(b). Management always verbalized that they need young and fresh ideas.**

**(c). management always verbalized that they have spent more than 30 years with the VA and they are looking for Interns to give back.**

**C. <u>Count 3:</u> Retaliation**

**(i). Supporting Facts:**

**(a). It have been discussed and was noted that Plaintiff have filed complaint with regarding to VA doctors physically abusing (slapping) and verbally abusing patients while they were under sedation lying on the procedure gurney at the West Palm Beach VA Medical Center.**

**(b). This has triggered an Administration Investigation Board (AIB) and the final results that there were substantial evidence and the Endoscopy Procedures were moved to the Operating Room to place the doctors under surveillance.**

**(c). Plaintiff's found bodily tissues in scope tips that went through the Steris Machine. Witnesses and managers were called to see the tissue in the tip of the scope.**

**(d). Information was sent to Washington D.C., Infection Control, VISN 8 Directors.**

**(e). Complaint were also filed for doctors verbally abusing staff.**

**(f). False Accusation by the current Network Director, Joleen Clark.**

## INJURY

**PLAINTIFF have been injured by the actions of the DEFENDANT(S):**

1. **Economically**
2. **Emotionally**
3. **Psychologically**
4. **Medically**
5. **Family Support**
6. **Lost of home and liberty**

## REQUEST FOR RELIEF

**The following are remedies sought.**

1. **I need the same equal opportunity that were given to all the younger Human Resources Interns and be re-instated to a Human Resources position within VISN8.**

2. **Re-instate of all Sick Leave.**

3. **Re-instate of my Student Loan payment of which contract has been signed.**

4. **Re-instate of all my vacation time.**

5. **All medical and Dental benefits be restored without delays.**

6. **Promotion to the highest GS Grade of the Highest Promotable Grade of the ten Intern that started training with Plaintiff on May 10, 2011 with back pay in such grade.**

7. **All back pay.**

8. **Compensation in the amount of $250,000.00 for Compensatory and Punitive damages (emotional, psychological, pain and suffering for my family and I)**

9. **A letter of apology from the VISN and the VA.**

# Sworn Declaration

## DECLARATION UNDER PENALTY OF PERJURY

**The undersigned declares under penalty of perjury that he is the plaintiff in the above action, that he has read the above complaint and that the information contained therein is true and correct. 28 U.S.C. §1746; 18 U.S.C. §1621.**

STATE OF Florida

COUNTY OF Hillsborough

On the 20 day of May, 2015, before me, as Notary Public in and for the above state and county, personally appeared before me, Michael Williamson, known to me or proved to be the person named in and who executed a Florida Drivers License as an identification along with the foregoing instrument, and being first duly sworn, such person acknowledged that he or she executed said instrument for the purposes therein contained as his or her free and voluntary act and deed.

(Plaintiff's Signature)

EILEEN GINTER
Notary Public, State of Florida
Commission # FF 47635
My comm. expires Oct. 2, 2017

NOTARY PUBLIC

My Commission Expires: 10/02/2017

11104 Irish Moss Avenue
Riverview, FL 33569

# Certificate of Service

I HEREBY CERTIFY that on May 20, 2015, a true certified copy of the attached instrument was sent certified mail to the Agency whose named listed below.

Department of Veterans Affairs
Office of Employment Discrimination
Complaint Adjudication (OEDCA)
810 Vermont Avenue, NW
Washington D.C. 20420

DATED ___________________

___________________________ [Signature]
[Plaintiff/Plaintiff's Representative]

___________________________ [Printed Name]
[Plaintiff's/Representative]